IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JULIE WINTERS,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY,<br><br>        Defendant. | CV 20-114-BLG-TJC<br><br>**ORDER** |

The Court having been notified of the settlement of this case by Magistrate Judge Johnston, and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

DATED this 7th day of May, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge